**IN THE COURT OF APPEALS OF IOWA**

No. 16-2232
Filed July 6, 2017

**STATE OF IOWA,**
　　Plaintiff-Appellee,

**vs.**

**AARON DAVID SECOR,**
　　Defendant-Appellant.
_____

　　Appeal from the Iowa District Court for Linn County, Russell G. Keast, District Associate Judge.

　　Defendant appeals his conviction for harassment in the first degree. **AFFIRMED.**

　　Fred Stiefel, Victor, for appellant.

　　Thomas J. Miller, Attorney General, and Timothy M. Hau, Assistant Attorney General, for appellee.

　　Considered by Vogel, P.J., and Doyle and McDonald, JJ.

**MCDONALD, Judge.**

Aaron Secor pleaded guilty to harassment in the first degree, in violation of Iowa Code section 708.7(2) (2016). On appeal, Secor contends his counsel provided constitutionally ineffective assistance in allowing him to plead guilty to the offense without a factual basis to support the guilty plea. On de novo review, we conclude the claim is without merit. *See State v. Straw*, 709 N.W.2d 128, 133 (Iowa 2006) (stating ineffective-assistance-of-counsel claims are reviewed de novo). The written guilty plea and minutes of testimony establish a sufficient factual basis for the plea. We affirm the defendant's conviction without further opinion. *See* Iowa Ct. R. 21.26(1)(a), (b), (e).

**AFFIRMED.**